IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:16mj 172 |
| | ) Filed Under Seal |
| ZAVIAN MUNIZE JORDAN | ) |

**ORDER SEALING COMPLAINT, AFFIDAVIT, APPLICATION, AND WARRANT**

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Criminal Complaint, Affidavit, Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 12th day of May, 2016.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE