IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-145-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ZAVIAN MUNIZE JORDAN, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 29) filed September 12, 2016. Having carefully considered the motion and the record, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 29) is **GRANTED**. Defendant's "Motion To Suppress" (Document No. 28) shall be sealed and remain sealed until otherwise ordered by the Court.

Signed: September 13, 2016

David C. Keesler
United States Magistrate Judge