IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-145-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ZAVIAN MUNIZE JORDAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 286) filed by Matthew G. Pruden, concerning Thomas D. Church, on January 5, 2022. Thomas D. Church seeks to appear as counsel *pro hac vice* for Defendant Zavian Munize Jordan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 286) is **GRANTED**. Thomas D. Church is hereby admitted *pro hac vice* to represent Defendant Zavian Munize Jordan.

**SO ORDERED**.

Signed: January 6, 2022

David C. Keesler
United States Magistrate Judge